**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:13-CR-471-K (01) |
| | ) | |
| JENNIFER TYSON | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

JENNIFER TYSON, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th

Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty

to the **One Count Information** filed on December 2, 2013.  After cautioning and examining the

Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty and plea agreement be accepted and that Defendant be adjudged

guilty and have sentence imposed accordingly.

Date:   December 10, 2013.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).